**Frank Steele, a Minor, by Mary T. Calhoun, his Mother and Next Friend, Plaintiff-Appellee, v. Darlene Mularkey and John Mularkey, Defendants-Appellants, and Zerlean Sullivan, Defendant.**

Gen. No. 45,501. 

 Eckert, Peterson & Leeming, for appellants; A. R. Peterson, Walter W. Ross, Jr., Walter P. Steffen, and Elroy C. Sandquist, Jr., of counsel; Louis G. Davidson, Joseph D. Ryan, and Louis P. Miller, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed January 21, 1952; released for publication February 5, 1952.

**Anna Tomasello and Concetta Senese, Appellees, v. Chicago Transit Authority, and Midwest Transfer Company, Appellants.**

Gen. No. 45,255. 

 Werner W. Schroeder, James O. Dwight,

Erwin H. Wright, and Arthur J. Donovan, for certain appellant, and Wyatt Jacobs, and Charles Heckler, for certain other appellant; Thomas C. Strachan, Jr., of counsel; James A. Dooley, for appellees. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed January 21, 1952; released for publication February 5, 1952.

## Anna Tomasello and Concetta Senese, Appellees, v. Chicago Transit Authority, and Midwest Transfer Company, Appellants.

### Gen. No. 45,257. 

 Werner W. Schroeder, James O. Dwight, Erwin H. Wright, and Arthur J. Donovan, for certain appellant, and Wyatt Jacobs, and Charles E. Heckler, for certain other appellant; Thomas C. Strachan, Jr., of counsel; James A. Dooley, for appellees. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed January 21, 1952; released for publication February 5, 1952.

## M. H. Stein, Appellee, v. Rubber Linings Corporation, Appellant.

### Gen. No. 45,407. 

